# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2019

## NO.  03-19-00047-CV

**Community of Christ and Mark Euritt, Appellants**

**v.**

**Susan J. Calloway, as Attorney in Fact of Sally Wheeler f/k/a Sarah Wheeler, Appellee**

### APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on December 28, 2018. Community of Christ and Mark Euritt have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  The appellants shall pay all remaining costs relating to this appeal, both in this Court and in the court below.